# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 03 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Lee James Brock
(Name of Plaintiff)

vs.

Chris mequet, medical staff
Barbara Bartz, Provider
Lisa Rapp, Provider
Ed W. Campbell, Director of the Yakima County Jail
Yakima County Jail Medical
(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

Case No. 1:19-CV-3123-TOR

## I. Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?    ☐ YES    ☒ NO

B. If your answer to A is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _____

_____

Defendants: _____

_____

_____

-1-

(Rev. 11/09)

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Yakima County Jail

A. Is there a prisoner grievance procedure available at this institution? ☒ YES   ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?   ☒ YES   ☐ NO

If your answer is NO, explain why not: _____

C. Is the grievance process completed?   ☒ YES   ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☒ YES   ☐ NO

If your answer is NO, explain why not: _____

III. Parties to this Complaint

A. Name of Plaintiff: Lee Brock    Inmate No.: 013492

Address: 111 N Front St Yakima WA 98901

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Chris Mequet    Official Position: Medical Admin.

Place of Employment: Yakima County Jail

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): Barbara Bartz, lisa Rapp, Chris Mequet

## IV Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Said Defendants under color of Law have denied proper medical care under constitutional Rights of Prisoneers They have repediatly informed me "There is nothing wrong with me" without doing indepth diagnosis procedures

Complaints Exhibit A.
Complaints Exhibit B
Complaint Exhibit C
Visit Medical Exhibit D

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Proper Medical Care

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of May, 2019.

_Lee Brock_
(Signature of Plaintiff)

Rikki Ham
12/15/21

[Notary seal: RIKKI HAMIL, NOTARY PUBLIC, STATE OF WASHINGTON, My Comm. Expires December 15, 2021]

-4-